**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**
**CIVIL ACTION NO.**_____

**JAMES V. ROCCO AND SHARA ANN ROCCO**                              **PLAINTIFFS**

**v.**                    **PLAINTIFFS' COMPLAINT**

**BRIAN CRALLE**                                                                **DEFENDANT**

\* \* \* \* \*

Plaintiffs, James V. and Shara Ann Rocco ("Plaintiffs" or "Mr. and Mrs. Rocco"), by counsel, for their Complaint against the Defendant, Brian Cralle ("Defendant" or "Mr. Cralle"), state as follows:

1. Plaintiffs herein are currently, and were at the time of all events described herein, citizens and domiciliaries of the Commonwealth of Kentucky, whose address is 44 Avenue of Champions, Nicholasville, KY 40356.

2. Defendant herein is currently, and was at the time of all events described herein, a citizen and domiciliary of the State of California, whose current address is 29535 Ash Dale Way, Sun City, California 92587-9582.

3. As Plaintiffs herein are both citizens of Kentucky, and the Defendant herein is a citizen of California, the jurisdiction of this court is properly based on diversity of citizenship pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds the sum or value specified by 28 U.S.C. § 1332.

4. This Court is a proper venue for this action pursuant to 28 U.S.C. § 1391(a)(2) because a substantial part of the events or omissions giving rise to the claims herein occurred in this District.

5. This Court's exercise of personal jurisdiction over Defendant is proper pursuant to KRS § 454.210 because the Defendant conducted business in Kentucky, and all claims asserted in this action arise from such conduct.

6. Pursuant to KRS 454.210, the Secretary of State for the Commonwealth of Kentucky is deemed to be the statutory agent for the Defendant. Service may be made upon the Kentucky Secretary of State pursuant to KRS 454.210(3)(b). The Kentucky Secretary of State may mail the summons and Complaint by certified mail, return receipt requested, to the Defendant at the following addresses:

> 29535 Ash Dale Way
> Sun City, CA 92587-9582
>
> Or
>
> Rancho Verde High School
> 17750 Laselle Street
> Moreno Valley, CA 92551

## COUNT I
### (Failure to Pay Note)

7. Plaintiffs re-allege and incorporate each and every material allegation stated above as if fully set out herein.

8. On March 7, 2006, Defendant executed and delivered a note promising to pay to Plaintiffs the principal amount of $125,000.00, payable on demand, with interest accruing at the rate of five percent per annum until the full amount was paid. A copy of the Note is attached hereto as **Exhibit A**.

9. On March 9, 2010, counsel for Plaintiffs delivered a letter to Defendant demanding payment of one half of the joint obligation totaling $75,259.60, including pre-maturity accrued interest.

10. As of the date of this complaint, no reply or payment has been received from the defendant.

11. The Note executed by Defendant provides for interest to be charged at a rate of nine percent per annum while Defendant is in a state of default.

12. By failing to pay the Note at the time of demand, Defendant has defaulted on the Note.

13. Defendant owes to Plaintiffs the amount of $75,259.60 plus costs and interest thereon at the rate of nine percent per annum until judgment thereon is satisfied.

## COUNT II
**(Failure to Pay Rent)**

14. Plaintiffs re-allege and incorporate each and every material allegation stated above as if fully set out herein.

15. The claims described in Count II of this Complaint are joined pursuant to Rule 18 of the Federal Rules of Civil Procedure.

16. From September, 2008 to April, 2009, Defendant lived in a residence owned by Plaintiffs located at 36055 Glasgow Street, Winchester, California 92596-9177.

17. Prior to September, 2008, Defendant entered into an agreement with Plaintiffs to pay the amount of $1000 per month to rent the above described residence, payable monthly.

18. As of the date of this Complaint, Defendant has not paid any amount due and owing under the rental agreement entered into between Defendant and Plaintiffs.

19. Pursuant to the parties' rental agreement, Defendant owes to Plaintiffs the amount of $8,000 plus interest and costs thereon.

**WHEREFORE**, the Plaintiffs demand judgment against the defendant for $83,259.60, plus interest and costs.

> Respectfully submitted,
>
> /s/  Gillard B. Johnson, III
> STEPTOE & JOHNSON PLLC
> 1010 Monarch Street, Suite 250
> P.O. Box 910810
> Lexington, Kentucky 40591-0810
> Telephone: (859) 255-7080
> Fax: (859) 255-6903
> Email: gil.johnson@steptoe-johnson.com